## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HARRY L. BIERLEY,                        )
                                         )
                  Plaintiff,             )
                                         )
                        v.               )          Civil Action No. 05-07 Erie
                                         )
JO ANNE B. BARNHART,                     )
Commissioner of Social Security,         )
                                         )
                  Defendant.             )

## ORDER

AND NOW, this 12th day of July, 2005, and upon consideration of the Plaintiff,  Harry L.

Bierley's Motion for Reconsideration [Doc. No. 19], it is hereby ORDERED that the Motion is

DENIED.


                                    s/ Sean J. McLaughlin
                                    United States District Judge


cm:     All counsel of record. ____

1