IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRY L. BIERLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 05-07 Erie |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this 12th day of July, 2005, and upon consideration of the Plaintiff, Harry L. Bierley's Motion for Reconsideration [Doc. No. 19], it is hereby ORDERED that the Motion is DENIED.

                                                                  s/ Sean J. McLaughlin
                                                                  United States District Judge

cm:    All counsel of record. ___