**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| HARRY L. BIERLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-07 Erie |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

AND NOW, this 27th day of July, 2005, and upon consideration of the Plaintiff,  Harry L. Bierley's Motion to Stay Finality of Judgment and/or Motion for Relief from Judgment [Doc. No. 21], it is hereby ORDERED that the Motion is DENIED.


s/ Sean J. McLaughlin
United States District Judge


cm:    All counsel of record. ____

1