```
Harry L. Bierley,              :    The United States District Court
      Plaintiff                :    Western District of Pennsylvania
   V                           :
Jo Anne B. Barnhardt,          :         Civ. Act. 007E of 2005
Commissioner of Social Security:    Judge Sean Mc Laughlin
      Defendant                :    Mag Judge Susan Paradise Baxter
```

Notice of Appeal

Notice is hereby given, that, Plaintiff Harry L. Bierley hereby appeals to the United States Court of Appeals for the Third Circuit, the order dated 7/27/05 that definitely denied medical records to the plaintiff.

This appeal is being taken, because, Judge Sean Mc Laughlin's acts in denying said medical records makes him guilty of complicity and concealment of felonies of official oppression and kidnapping done to plaintiff in the Erie County, PA Common Pleas Court in 1990 at CP 38 of 90, Com V Bierley.

If theses medical records are not attained at this time, it will vastly influence the case in a negative way and allow the felony wrongdoing in PA Courts to go unpunished and unpublicized forever, as, many past attempts to gain those medical records have been thwarted by Shad F. Connelly, William R. Cunningham, Joseph P. Conti, Bradley Foulk and Maurice B. Cohill.

Respectfully submitted,

Date: August 8, 2005

Harry L. Bierley, pro se.

Certificate of Service

On this date, a copy of the notice of appeal and application for IFP was personally served at the Office of U. S. Attorney in Erie, PA for Esq. Paul Skirtich to receive.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY L. BIERLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JO ANNE B. BARNHART, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | Civil Action No. 05-07 Erie |

### ORDER

AND NOW, this 27th day of July, 2005, and upon consideration of the Plaintiff, Harry L. Bierley's Motion to Stay Finality of Judgment and/or Motion for Relief from Judgment [Doc. No. 21], it is hereby ORDERED that the Motion is DENIED.

s/ Sean J. McLaughlin
United States District Judge

cm:   All counsel of record. ___

1