IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARRY L. BIERLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-07 Erie |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, this 9th day of August, 2005, and upon consideration of the Plaintiff, Harry L. Bierley's Motion for Leave to File Appeal In Forma Pauperis with Affidavit [Doc. No. 23], it is hereby ORDERED that the Motion is DENIED.

                                              s/ Sean J. McLaughlin
                                              United States District Judge

cm:   All parties of record.