FPS-450                                                         September 9, 2005
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3827

Bierley v. Comm. Social Security
(W.D. Pa. No. 05-cv-7E)

To:  Clerk

1)   Motion for Leave to Proceed In Forma Pauperis

---

The foregoing Motion is granted.  The appeal will be submitted to a panel of the Court for determination under 28 U.S.C. § 1915(e)(2).  The Court also will consider any other appropriate action, such as summary affirmance of the order of the District Court.  See Rule 27.4, Third Circuit Local Appellate Rules and jurisdiction.

For the Court,

Marcia M. Waldron
Clerk

Dated: September 12, 2005
CLW/cc: Mr. Harry Bierley
        Mary E. Butler, Esq.
        Patrick M. Carey, Esq.



A True Copy:

Marcia M. Waldron, Clerk