```
       Harry L. Bierley,           :      United States District Court
              Plaintiff            :      Western District of Pennsylvania
              V                    :
       Joanne B. Barnhart,          :      Civil Action NO. 05-07 Erie
       Commissioner of Social Security :
              Defendant             :
```

    Petition For Leave of Court to File Appeal In Forma Pauperis
        with Affidavit in Support

  And now comes the Plaintiff, Harry L. Bierley, before the Honorable Court to move for permission to appeal in forma pauperis, as, he cannot afford to pay the $255.00 filing fee. I believe that I am entitled to redress for many violations of my civil rights and denial of viable court access.

  I affirm under penalties of perjury, that, the below facts represent a true depiction of my financial status.

My only income is $1113.70 per month from Social Security Disability.

My predetermined monthly payments average:

| | | | |
|---|---|---|---|
| Medicare | $78 | Medicare Co-pays | $50 |
| Veterans Hosp. c0-pays | 70 | House Taxes | 106 |
| Water | 17 | Sewer/refuse | 23 |
| Electric | 45 | Legal Expenses | 50 |
| Car Insurance | 75 | CP 133 of 03 pmts | 25 |
| Phone | 40 | House Insur. I can't afford. | |

  Total Average Payments Prior to Living and Medical Expenses: $579.

Assets: Plymouth (1988) worth $250 and my home at 314-316 Poplar St. 16507 is assessed at $40,000 and "saleable" at $25,000, except, that it has been thoroughly trashed by squatters and unlivable. I cannot afford to repair it.

I have a CD worth $1353 and another for aprox. $5,000 that has been cumshawed as additional securities for PNC Bank Loan of $8426 owed. I owe credit card debt of $350 and total Social Security Repay $8113.

Therefore, I move the Honorable Court to grant me allowance to appeal The Above Captioned Case 05-07E wiyhout payment of filing fees.
        It Is So Prayed.

```
c.o. L. Kowalski                              Respectfully submitted,
3123 German Street
Erie, PA  16504-1073     Dec. 20, 2005
Ph: 814 454 2550                       Harry L. Bierley, pro se/in pro per
```

*/s/ Harry L. Bierley*