Case 1:05-cv-00007-SJM-SPB    Document 33    Filed 12/20/2005    Page 1 of 1

```
Harry L. Bierley,              :      United States District Court
         Plaintiff             :      Western District of Pennsylvania
      V                        :
Joanne B. Barnhart,            :        Civil Action NO. 05-07 Erie
Commissioner of Social Security :
         Defendant             :
```

            Petition For Leave of Court to File Appeal In Forma Pauperis
                         with Affidavit in Support

And now comes the Plaintiff, Harry L. Bierley, before the Honorable Court
to move for permission to appeal in forma pauperis, as, he cannot afford to
pay the $255.00 filing fee.  I believe that I am entitled to redress for many
violations of my civil rights and denial of viable court access .

I affirm under penalties of perjury, that, the below facts represent a true
depiction of my financial status.

My only income is $1113.70 per month from Social Security Disability.

My predetermined monthly payments average:

| | | | |
|---|---|---|---|
| Medicare | $78 | Medicare Co-pays | $50 |
| Veterans Hosp. cO-pays | 70 | House Taxes | 106 |
| Water | 17 | Sewer/refuse | 23 |
| Electric | 45 | Legal Expenses | 50 |
| Car Insurance | 75 | CP 133 of 03 pmts | 25 |
| Phone | 40 | House Insur. I can't afford. | |

     Total Average Payments Prior to Living and Medical Expenses: $579.

Assets: Plymouth (1988) worth $250 and my home at 3/4-316 Poplar St.
16507 is assessed at $40,000 and "saleable" at $25,000, except, that
it has been thoroughly trashed by squatters and unlivable. I cannot
afford to repair it.

I have a CD worth $1353 and another for aprox. $5,000 that has been
cumshawed as additional securities for PNC Bank Loan of $8426 owed.
I owe credit card debt of $350 and total Social Security Repay $8113.

Therefore, I move the Honorable Court to grant me allowance to appeal
The Above Captioned Case 05-07E wiyhout payment of filing fees.
                    It Is So Prayed.

c.o.  L. Kowalski                        Respectfully submitted,
3123 German Street          Dec. 20, 2005
Erie, PA  16504-1073              Harry L. Bierley, pro se/in pro per
Ph: 814 454 2550

AND NOW, this___20th___

day of___December___, 20__05__,
IT IS SO ORDERED.

___s/Sean J. McLaughlin
UNITED STATES DISTRICT JUDGE