FILED
06 FEB -9 A8:45
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Harry L. Bierley, | The United States District Court |
| Plaintiff | Western District of Pennsylvania |
| V | CA 04-007E |
| Jo Anne B. Barnhart, | MJ Susan Paradise-Baxter |
| Commissioner of Social | J Sean McLaughlin |
| Security, Defendant | |

Motion For Two Court Orders
For Medical Records

And now, on February 9, 2006, comes the plaintiff before the Honorable Court to respectfully request issuance of two court orders to obtain medical records needed for an upcoming Administrative Law Judge Hearing per the form OMB 0960-0269 dated 2/06/06 requesting an ALJ hearing.

Previously, both the Erie County Office of District Attorney and Record Management Services committed acts of criminal complicity by refusing to honor subpoenaes for the records and ignoring requests for the records, and, those records are vital to my cause in the said ALJ hearing attached herewith.

Both parties are known to have the needed medical records on James Hibbler, circa, Nov. 5, 1989 @ 5:30 P.M. related to CP 38 of 90, Erie County, PA, Commonwealth V Harry L. Bierley. These records were the result of a falsely charged prosecution for aggravated assault by Bierley upon Hibbler, when, in fact, the opposite happened. Hibbler and a gang of twenty assaulted Bierley, and, Bierley was "convicted'" at a sham trial whereat he was NOT allowed to have, view, or use those medical records. The records are needed to convince the ALJ that it would be egregiously unfair to require Bierley to make the assessed repayment.

The records are requested from both parties, as, it can reasonably be expected that at least one will hemhaw and refuse to comply. It is quite probable that both parties will obfuscate and twist things to avoid compliance. Also, if the same records are obtained from both parties independently, they can help matters by offering proof by corroboration.

Therefore, the plaintiff does move the Honorable District Court Judge or Magistrate Judge to immediately issue the two attached orders.

| | |
|---|---|
| C.O. L. Kowalski | Respectfully submitted, |
| 3123 German Street | *Harry L Bierley* |
| Erie, PA  16504-1073 | Harry L. Bierley, pro se/in pro per |

A copy of this motion and multiple attachments was served at the Office of the U. S. Attorney, Federal Courthouse, Erie, PA with this indication to remit to Att Paul Skirtich