```
Harry L. Bierley,              :   The United States District Court
            Plaintiff         :   Western District of Pennsylvania
        V                     :        Civ Act 04-007E
Jo Anne B. Barnhart,           :      MJ Susan Paradise-Baxter
        Commissioner of Social:       J Sean Mc Laughlin
        Security, Defendant   :
```

## ORDER OF THE COURT

And now to wit, on this  ___  day of February 2006, it is ordered
that the following person shall remit an exact and true copy of medical
records dated Nov. 5, 1989 @ 5:30 P.M. concerning emergency room treatment
of James Hibbler at the former Erie Metro Hospital, 252 West 11th Street,
Erie, PA and also formerly known as Doctor's Osteopathic Hospital relating
to CP 38 of 90, Erie Co., PA, Commonwealth V Bierley.

```
            District Attorney Bradley Foulk
            Office of the District Attorney
            Erie County Courthouse
            140 Wext 6th Street
            Erie, PA  16501  Ph: 814 451 6439
```

Said records must be remitted within five (5) days to this Court
and

```
            Harry L. Bierley
            c.o.  L. Kowalski
            3123 German Street
            Erie, PA  16504-1073
```

Costs may be billed to the plaintiff, if any.

            It Is So Ordered.

```
                                _ _ _ _ _ _ _ _ _ _ _
                                MJ Susan Paradise-Baxter
                                 J Sean Mc Laughlin
                                U. S. District Court for
                                Western District of PA
```