| | |
|---|---|
| Harry L. Bierley, | : The United States District Court |
| Plaintiff | : Western District of Pennsylvania |
| V | : Civ Act 04-007E |
| Jo Anne B. Barnhart, | : MJ Susan Paradise-Baxter |
| Commissioner of Social | : J Sean Mc Laughlin |
| Security, Defendant | : |

ORDER OF THE COURT

And now to wit, on this ___ day of February 2006, it is ordered that the following person(s) shall remit an exact and true copy of medical records dated Nov. 5, 1989 @ 5:30 P.M. concerning emergency room treatment of James Hibbler at the former Erie Metro Hospital, 252 West 11th Street, Erie, PA and also formerly known as Doctor's Osteopathic Hospital relating to CP 38 of 90, Erie Co., PA, Commonwealth V Bierley.

        (Record Management Services
        (President Robert Pirrello
        (Vice President Matthew Pirrello
        823 East 8th Street
        Erie, PA 16503 Ph: 814 455 8218

Said records must be remitted within five (5) days to this Court and

        Harry L. Bierley
        c.o. L. Kowalski
        3123 German Street
        Erie, PA 16504-1073 Ph: 814 454 2550

Costs may be billed to the plaintiff, if any.

                It Is So Ordered.

                                      MJ Susan Paradise-Baxter
                                      J Sean Mc Laughlin
                                      U. S. District Court for
                                      Western District of PA