IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 05-5486

_____

HARRY L. BIERLEY,
      Appellant

v.

JOANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY

_____

On Appeal From the United States District Court
For the Western District of Pennsylvania
(D.C. Civ. No. 05-cv-00007E)
District Judge: Honorable Sean J. McLaughlin

_____

Submitted Under Third Circuit LAR 34.1(a)
July 21, 2006

BEFORE: BARRY, CHAGARES and COWEN, <u>CIRCUIT JUDGES</u>

_____

**JUDGMENT**
_____

  This case came on to be heard on the record from the United States District Court

for the Western District of Pennsylvania and was submitted pursuant to Third Circuit

LAR 34.1(a). On consideration whereof, it is now here

  ORDERED AND ADJUDGED by this court that the judgment of the district court

entered November 30, 2005, be and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

                                      ATTEST:

DATED: July 24, 2006                  Marcia M. Waldron
                                           Clerk

Certified as a true copy and issued in lieu
of a formal mandate on 10/04/06

Teste:
   A True Copy:

Clerk, U.S. Court of Appeals for the Third Circuit

      Marcia M. Waldron, Clerk